No. 173. LYKES *v.* UNITED STATES, *ante*, p. 118;

No. 331. FRISBIE, WARDEN, *v.* COLLINS, 342 U. S. 519;

No. 533. FOSTER ET AL. *v.* GENERAL MOTORS CORP., *ante*, p. 906;

No. 541. RISS & Co., INC. *v.* UNITED STATES ET AL., 342 U. S. 937;

No. 573. CHAPMAN *v.* COMMISSIONER OF INTERNAL REVENUE, *ante*, p. 905;

No. 619. PROPST ET AL. *v.* BOARD OF EDUCATIONAL LANDS AND FUNDS OF NEBRASKA ET AL., *ante*, p. 901;

No. 163, Misc. THOMAS *v.* DUFFY, WARDEN, *ante*, p. 906;

No. 218, Misc. ANTROBUS *v.* UNITED STATES, *ante*, p. 902;

No. 348, Misc. VILES *v.* UNITED STATES, *ante*, p. 915;

No. 371, Misc. CHESSMAN *v.* CALIFORNIA ET AL., *ante*, p. 915; and

No. 400, Misc. ELLIOTT *v.* MICHIGAN, *ante*, p. 913. Petitions for rehearing denied.

No. 252, Misc. SHOTKIN *v.* ATCHISON, TOPEKA & SANTA FE RAILROAD CO. ET AL., *ante*, p. 906. Rehearing denied. MR. JUSTICE BLACK is of the opinion the petition should be granted.

## MAY 3, 1952.

No. 744. YOUNGSTOWN SHEET & TUBE CO. ET AL. *v.* SAWYER; and

No. 745. SAWYER, SECRETARY OF COMMERCE, *v.* YOUNGSTOWN SHEET & TUBE CO. ET AL.

*Per Curiam:* Certiorari granted. MR. JUSTICE BURTON, with whom MR. JUSTICE FRANKFURTER concurred, voted to deny certiorari, and filed a memorandum expressing their reasons